UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JUANA HERNANDEZ, AS ADMINISTRATRIX  )
OF THE ESTATE OF DANNY NICACIO and  )
ARMANDO MAISONET,                   )
    Plaintiffs                      )
                                    )   CIVIL ACTION NO. 05-40141-FDS
                                    )
                                    )
v.                                  )
                                    )
SCOTTSDALE INSURANCE COMPANY,       )
UTICA MUTUAL INSURANCE CO.          )
    Defendants                      )
_____)

**STIPULATION OF THE PARTIES EXTENDING DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO THE 12(B)(6) MOTION TO DISMISS BROUGHT BY SCOTTSDALE INSURANCE COMPANY AND UTICAL MUTUAL INSURANCE CO.**

    The parties hereby stipulate to extend by thirty (30) days the deadline for plaintiff to oppose the 12(b)(6) motion brought by defendants. Thus the parties are requesting that the new deadline for said opposition be 10/20/05 instead of 9/20/05. Counsel have spoken and agreed to this schedule. The parties submit that the extended time is both reasonable and necessary and will not prejudice any party.

PLAINTIFFS' COUNSEL
HERNANDEZ AND MAISONET

/s/ Robert H. Beadel
_____

Hector E. Pineiro, Esquire
Robert H. Beadel, Esquire
807 Main Street
Worcester, MA 01610
Tel. 508 770-0600


UTICA MUTUAL INSURANCE COMPANY

/s/ James T. Scamby
_____

James T. Scamby, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
Tel. 617 557 9696
Fax 617 227 9191


SCOTTSDALE INS. COMPANY

/s/ Caryn L. Daum
_____

Caryn L. Daum, Esquire
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
Tel. 617 557 5954
Fax 617 557 5999