UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ, AS ADMINISTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br>    Plaintiffs<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br>    Defendants. | CIVIL ACTION NO. 05-40141-FDS |

**ASSENTED TO MOTION FOR LEAVE AND MOTION FOR AN
EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT
OF DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12
(b)(6), OR TO STAY ACTION IF NOT DISMISSED IN ITS ENTIRETY**

Pursuant to the provisions of Local Rule 7.1(B)(3), Defendants Scottsdale Insurance Company ("Scottsdale") and Utica Mutual Insurance Company ("Utica") respectfully request leave of Court to file a reply brief ("Reply") to *Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or Stay Action if Not Dismissed in its Entirety, and Request for Remand* ("Opposition"). Defendants submit that this Reply is warranted to address the arguments made by Plaintiffs in their Opposition.

Defendants also move for an extension of time until November 4, 2005 to file the Reply.

Plaintiffs assent to this motion.

BOST1-871479-1

Respectfully submitted,

| **Scottsdale Insurance Company**, | **Utica Mutual Insurance Company**, |
| By Its Attorneys, | By Its Attorney, |

/s/ Caryn L. Daum
John W. Steinmetz (BBO #568108)
Caryn L. Daum (BBO #647001)
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

/s/ James T. Scamby
James T. Scamby (BBO #629144)
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

Dated: October 27, 2005

### CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 27th day of October, 2005, upon:

> Héctor E. Piñeiro, Esq.
> Law Office of Héctor E. Piñeiro
> 807 Main Street
> Worcester, MA 01610

/s/ Caryn L. Daum
Caryn L. Daum