UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ AS ADMINSTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br>　　　Plaintiffs<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br>　　　Defendants | )<br>)<br>) CIVIL ACTION NO. 05-40141FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION [ASSENTED] FOR IMPOUNDMENT

Pursuant to Local Rule 7.2, Plaintiffs Hernandez and Maisonet hereby move to file under seal their Opposition to Defendants' Joint Motion to Dismiss. The Opposition papers and exhibits thereto filed October 21, 2005, should be impounded until further order of the Court as they contain sensitive material, covered by a protective order in effect in the underlying tort actions brought by the plaintiffs. The Opposition papers and exhibits thereto shall be sealed in the envelope (already provided by the plaintiffs), containing the following language in accordance with the protective order in effect in the underlying actions:

"CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
This envelope is sealed and contains confidential information filed in this case by Juana Hernandez and Armando Maisonet and is not to be opened or the contents thereof displayed, or revealed except by order of the Court, or pursuant to written stipulation of the parties. This envelope shall not be opened without order of the Court and only by the Court's assigned courtroom deputy clerk and only in the presence of all counsel of record who, after reviewing the contents, shall return them to the Clerk in a sealed envelope or container."

Counsel have agreed that the Opposition papers to be placed under seal will not be shown to anyone other than their clients as provided for in the addenda to the protective order in effect in the Superior Court actions.

Respectfully submitted,
Plaintiffs JUANA HERNANDEZ
And ARMANDO MAISONET
by their attorneys,

s/ Robert Beadel
_____

Hector E. Pineiro BBO # 555315
Robert H. Beadel BBO #632447
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600
Fax (508) 770-1300
Email: h.pineiro@att.net

Defendant UTICA MUTUAL
INSURANCE CO.
By its attorneys,
s/ James Scamby
_____

James T. Scamby, Esquire
Tucker, Heifetz & Saltzman
Three School Street
Boston, MA 02108
Tel. (617) 557-9696
Fax (617) 227-9191

Defendant SCOTTSDALE INS. CO.
By its attorneys,
s/ Caryn Daum
_____

Caryn L. Daum, Esquire
Robinson & Cole
One Boston Place
Boston, MA 02108
Tel. (617) 557-5954
Fax (617) 557-5999

CERTIFICATE OF SERVICE

    I, Robert H. Beadel, hereby certify that, on this date, I served a copy of the foregoing document by first class mail on all counsel of record.

                                        s/ Robert Beadel

Dated: 11/3/05                          _____
                                        Robert H. Beadel, Esq.