## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ, AS ADMINISTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-40141-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Caryn L. Daum, counsel for the Defendant, Scottsdale Insurance Company, hereby certify I, on behalf of Scottsdale Insurance Company and the co-defendants, Utica Mutual Insurance Company, conferred with counsel for the plaintiff, Hector Piniero, on November 17, 2005 in a good faith effort to resolve and narrow the matters at issue concerning the *Defendants' Joint Motion to Strike the Extraneous Materials Filed With Plaintiffs' Opposition*.  Attorney Piniero indicated that his clients would not assent to the Motion.

BOST1-873513-1

        Respectfully submitted,

        Scottsdale Insurance Company,
        By Its Attorneys,

        /s/ Caryn L. Daum_____
        John W. Steinmetz (BBO #568108)
        Caryn L. Daum (BBO #647001)
        Robinson & Cole LLP
        One Boston Place
        Boston, MA 02108
        (617) 557-5900

Dated: November 18, 2005


**CERTIFICATE OF SERVICE**

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 18th day of November, 2005, upon:

        Héctor E. Piñeiro, Esq.
        Law Office of Héctor E. Piñeiro
        807 Main Street
        Worcester, MA 01610


        /s/ Caryn L. Daum_____
        Caryn L. Daum