UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ AS ADMINSTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br>    Plaintiffs<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br>    Defendants | ) <br> ) <br> ) CIVIL ACTION NO. 05-40141FDS<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO MOTION FOR LEAVE AND MOTION FOR AN EXTENSION OF TIME TO FILE SURREPLY BRIEF IN RESPONSE TO DEFENDANTS' REPLY**

Pursuant to the provisions of Local Rule 7.1(B)(3), Plaintiffs respectfully request leave of Court to file a surreply brief ("Surreply") to Defendants' *Reply in Support of Their Joint Motion to Dismiss*. Plaintiffs submit that this Surreply is warranted to address the arguments made by Defendants in their Reply. Plaintiffs also move for an extension of time until December 2, 2005 to file the Surreply.

Defendants assent to this motion.

PLAINTIFFS' COUNSEL
HERNANDEZ AND MAISONET

/s/ Robert H. Beadel

_____
Hector E. Pineiro, Esquire
Robert H. Beadel, Esquire
807 Main Street
Worcester, MA 01610
Tel. 508 770-0600

CERTIFICATE OF SERVICE

      I, Robert H. Beadel, hereby certify that, on this date, I served a copy of the foregoing document by first class mail on all recipients in the attached list.

James T. Scamby, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

John Steinmetz, Esquire
Caryn L. Daum, Esquire
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

Dated: 11/23/05                  /s/ Robert H. Beadel