UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ, AS ADMINISTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 05-40141-FDS |

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Caryn L. Daum, counsel for the Defendant, Scottsdale Insurance Company, hereby certify I, on behalf of Scottsdale Insurance Company and the co-defendants, Utica Mutual Insurance Company, conferred with counsel for the plaintiff, Hector Pineiro, on February 23, 2006 about obtaining assent to file the within motion. Attorney Pineiro informed me he would assent to the filing of the within motion.

Respectfully submitted,

Scottsdale Insurance Company,
By Its Attorneys,

/s/ Caryn L. Daum
John W. Steinmetz (BBO #568108)
Caryn L. Daum (BBO #647001)
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: March 6, 2006

BOST1-881881-1

## CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 6th day of March, 2006, upon:

>Héctor E. Piñeiro, Esq.
>Robert Beadel, Esq.
>Law Office of Héctor E. Piñeiro
>807 Main Street
>Worcester, MA 01610

>/s/ Caryn L. Daum
>Caryn L. Daum