UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ, AS ADMINISTRATRIX OF THE ESTATE OF DANNY NICACIO and ARMANDO MAISONET,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and UTICA MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 05-40141-FDS |

**DEFENDANTS' SECOND SUPPLEMENT TO THEIR REPLY IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (b)(6), OR TO STAY ACTION IF NOT DISMISSED IN ITS ENTIRETY**

Pursuant to the Court's Order dated March 6, 2006 on *Defendants' Motion for Leave to File Supplement to Their Reply in Support of Their Joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6), or to Stay Action if Not Dismissed in its Entirety*, the Defendants, Scottsdale Insurance Company ("Scottsdale") and Utica Mutual Insurance Company ("Utica"), hereby file their second supplement to their *Reply in Support of Their Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or to Stay Action If Not Dismissed In Its Entirety* ("Reply"). In support of their supplement, the Defendants state as follows:

In Section VI of the Defendants' Reply, the Defendants address the fact that Scottsdale and Utica's insured, Saielo, Inc. has filed a motion to dismiss in the Underlying Actions based on the passage of the Protection of Lawful Commerce In Arms Act ("Act"), enacted on October 26, 2005. In Opposition to that Motion to Dismiss, the Plaintiffs have argued that the Act is

unconstitutional. In response to Plaintiffs arguments regarding the constitutionality of the Act, the United States of America has intervened in the Underlying Acts. A copy of the cover letter submitted with the United States' papers is attached hereto.[1]

WHEREFORE, Defendants hereby respectfully request that the Court consider this supplement to their Reply.

Respectfully submitted,

| **Scottsdale Insurance Company,** | **Utica Mutual Insurance Company,** |
| By Its Attorneys, | By Its Attorney, |

/s/ Caryn L. Daum
John W. Steinmetz (BBO #568108)
Caryn L. Daum (BBO #647001)
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

/s/ James T. Scamby
James T. Scamby (BBO #629144)
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

Dated: April 4, 2006

---

[1] The Defendants have not produced a complete copy of the United States' papers due to their length. In the event that this Court wants to see a complete copy of the papers submitted by the United States' attorneys, Defendants will forward them on to this Court.

## CERTIFICATE OF SERVICE

I, Caryn L. Daum, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on this 4th day of April, 2006, upon:

> Héctor E. Piñeiro, Esq.
> Law Office of Héctor E. Piñeiro
> 807 Main Street
> Worcester, MA 01610

/s/ Caryn L. Daum
Caryn L. Daum



**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Room 6134
Washington, DC 20530

Alexander K. Haas
Trial Attorney

Tel: 202-307-3937
Fax: 202-616-8470
Email: Alexander.Haas@usdoj.gov

February 27, 2006

<u>Via Federal Express Overnight Delivery</u>

Hector E. Pineiro, Esq.
Robert H. Beadel, Esq.
Law Office of Hector Pineiro
807 Main Street
Worcester, MA 01610

Dennis Henigan, Esq.
Brian J. Siebel, Esq.
Daniel R. Vice, Esq.
Brady Center to Prevent Gun Violence
Legal Action Project
1225 I Street NW, Ste. 1100
Washington, DC 20005

John Vail, Esq.
Center for Constitutional Litigation, P.C.
1050 31st St., NW
Washington, DC 20007

William Rogers, Esq.
Arther S. Wells, Esq.
Mirick, O'Connell
100 Front Street
Worcester, MA 01608

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701
(also by U.S. Mail)

Jordan H. Weinstein, Esq.
Seymour Weinstein, Esq.
Weinstein & Weinstein
10 Mechanic Street
Worcester, MA 01608

Joseph J. Brennan, Jr., Esq.
285 Main Street
Worcester, MA 01608

John McCormack, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

John W. Steinmetz, Esq.
Caryn Daum, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

Samuel M. Furgang, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114

John F. Renzulli, Esq.
Christopher Renzulli, Esq.
Christopher J. Sovak, Esq.
Renzulli Law Firm, LLP
300 East 42nd Street, 17th Floor
New York, NY 10017

      Re:    United States Government papers in Hernandez, et al. v. Kahr Arms, Inc., et al., No. CV WOCV2002-01747 Session C (Mass Sup. Ct.) & Maisonet, et al. v. Kahr Arms, Inc., No. CV WOCCV2002-2025 Session C (Mass. Sup. Ct.)

Dear Counsel:

    Enclosed please find the United States' papers in connection with the above-referenced cases in the Massachusetts Superior Court in Worcester. These documents are identical to those I forwarded earlier this month. Having heard no objection from Mr. Melzer's client, I have now filed all of the documents, except for the United States' brief defending the Protection of Lawful Commerce in Arms Act. The certificate of filing and service sets this out. The only additional document is the declaration setting for my attempt comply with Rule 9A, which is required under Rule 9A(b)(2).

    It is my understanding that all of the substantive briefs in this case will be simultaneously filed. If whoever is responsible for such filing could advise me of the procedure for forwarding those briefs or the time when I should forward them to the Court so that all papers are filed together, I would appreciate it.

    Please do not hesitate to contact me with any questions regarding the above.

                                    Cordially,

                                    Alexander K. Haas
                                    Trial Attorney

Enclosures