UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANA HERNANDEZ, AS )<br>ADMINISTRATRIX OF THE )<br>ESTATE OF DANNY NICACIO )<br>and ARMANDO MAISONET, )<br>    Plaintiffs )<br>v. )<br>)<br>SCOTTSDALE INSURANCE )<br>COMPANY and UTICA )<br>MUTUAL INSURANCE )<br>COMPANY, )<br>    Defendants. | CIVIL ACTION<br>NO. 05-CV-40141-FDS |

### NOTICE OF CHANGE OF ADDRESS

Effective **May 1, 2006** the address of the firm, Tucker, Heifetz & Saltzman, LLP, will be changed from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA 02110
Telephone & Facsimile numbers remain the same:
617-557-9696   FAX 617-227-9191

                                          Utica Mutual Insurance Company,
                                          by its attorneys:

                                          _____
                                          James T. Scamby    BBO #629144
                                          TUCKER, HEIFETZ & SALTZMAN, LLP
                                          Three School Street
                                          Boston, MA 02108
                                          617-557-9696     FAX 617-227-9191
                                            Dated:     April 24, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4·24·06