```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

Juana Hernandez, as Administratrix,
of the Estate of Danny Nicacio, and
Armando Maisonet,
      Plaintiff(s)
                                      CIVIL ACTION
   V.                           NO. 05-40141-FDS

Scottsdale Insurance Co.
and Utica Mutual Insurance Co.,
      Defendant(s)


**SAYLOR, D.J.**

## ORDER FOR REMAND

In accordance with the Court's Memorandum and Order issued on 8/3/06 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                              By the Court,

DATED: August 4, 2006

                                              /s/ Martin Castles
                                              Deputy Clerk