OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 MAIN STREET
WORCESTER, MASSACHUSETTS 01608

SARAH A. THORNTON
CLERK

508-929-9901

Worcester Superior Court
2 Main Street
Worcester, MA   01608

    Attn:   Clerk

    Re:     Hernandez v. Scottsdale Insurance, 05-40141-FDS

Dear Sir:

    Please be advised that an order to remand in the above-entitled action to your court was entered on 8/4/06 by the Honorable F. Dennis Saylor IV.

    The following documents are included in our file:

    1-27

    Kindly acknowledge receipt of same.

                           Respectfully,

                           SARAH A. THORNTON
                           Clerk

                           By:
                           Deputy Clerk

The documents listed above were received by me on _____
8/11/06_____ and assigned the following case number ___

                           By:
                           ~~Deputy~~ Clerk

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kathy Haller  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>CLERK'S OFFICE  8-7-11 |
| 1. Article Addressed to:<br>Worcester Superior Court<br>2 Main St<br>Worcester MA<br>01608 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>2006 AUG 4 P 12: 31<br>U.S. DISTRICT COURT<br>DISTRICT OF M<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 0750 0002 7861 5497 | 05-40141 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |